UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN MOZ-AGUILAR,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CIOLLI, et al.,<br><br>　　　　　Defendants. | **1:21-cv-00883-AWI-GSA-PC**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL**<br>**(ECF No. 7.)**<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO OBEY COURT ORDER**<br>**(ECF No. 6.)**<br><br>**ORDER FOR CLERK TO CLOSE CASE** |

　　　　Julian Moz-Aguilar ("Plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 28, 2022, findings and recommendations were entered, recommending that this action be dismissed without prejudice for Plaintiff's failure to obey a court order. (ECF No. 7.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.)　The fourteen-day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on April 28, 2022, are adopted in full;
2. This action is dismissed, without prejudice, for Plaintiff's failure to obey a court order; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 15, 2022

SENIOR DISTRICT JUDGE